# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160515

PETER DEFILIPPIS,
               Plaintiff-Appellant,

v

REDFORD POLICE DEPARTMENT,
               Defendant-Appellee,

and

DEPARTMENT OF CIVIL RIGHTS,
               Appellee.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160515
COA: 348326
Wayne CC: 17-013274-AV

On order of the Court, the application for leave to appeal the August 13, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

b0622